IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Zuaznabar, Jesus | Case Number:  08 B 23508 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  9/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 675.00 | |
| Secured: | | 60.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 570.45 |
| Trustee Fee: | | 44.55 |
| Other Funds: | | 0.00 |
| Totals: | 675.00 | 675.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---:|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 570.45 |
| 2. | American General Finance | Secured | 2,000.00 | 60.00 |
| 3. | AmeriCash Loans, LLC | Unsecured | 1,937.67 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 10,715.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 304.68 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 261.60 | 0.00 |
| 7. | Aaron Rents | Secured | | No Claim Filed |
| 8. | Tracy Aldes | Priority | | No Claim Filed |
| 9. | Elizabeth Santiago | Priority | | No Claim Filed |
| 10. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 13. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 15. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 16. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 17. | Allied International Credit | Unsecured | | No Claim Filed |
| 18. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Midland Credit Management | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Zuaznabar, Jesus | Case Number: 08 B 23508 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 9/5/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 18,692.95 | $ 630.45 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 44.55 |
| | $ 44.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: